FILED
2017 Oct-25  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAMONT ROSS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-01568-RDP |
| **STEEL STRUCTURAL PRODUCTS LLC,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 7), filed October 24, 2017, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this October 25, 2017.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.